**No. 44044.**—Protest 952685–G of Kaufmann Dept. Stores, Inc. (Pittsburgh).

Opinion by TILSON, J. It was agreed that the glass bells in question are the same as those involved in Abstract 39389. The protest was therefore overruled.

**No. 44045.**—Protest 948293–G of Hoffman La Roche, Inc. (New York).

Opinion by TILSON, J. The evidence showed that the bottles in question are not scientific, chemical, or laboratory bottles, and it was held that even if this were not true they would not be dutiable under paragraph 218 (a). The claim at 50 cents per gross under paragraph 217 was sustained.

**No. 44046.**—Protest 968639–G of M. Pressner & Co. (New York).

Opinion by TILSON, J. It was stipulated that the merchandise consists of squawker balloons similar to those the subject of Abstract 40493. The claim at 45 percent under paragraph 409 was therefore sustained.

**No. 44047.**—Protest 970556–G of Geo. Borgfeldt Corp. (New York).

Opinion by TILSON, J. On the authority of Abstract 41942 the protest was overruled as to the bead trinkets in question.